Brigitte R. Rose, Esq.
Jennifer Baetje, Esq.
**THOMPSON COBURN LLP**
488 Madison Avenue, Suite 1400
New York, New York 10022
Telephone:  (212) 478-7200
E-mail:   brose@thompsoncoburn.com
          jbaetje@thompsoncoburn.com

*Attorneys for Defendant*
*Sedgwick Claims Management Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ROBERT BIGGIE,

                          Plaintiff,

          v.

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.,

                          Defendant.
------------------------------------------------------------------------x

Civil Action No. 1:21-cv-06488

Hon. Edgardo Ramos

**NOTICE OF SETTLEMENT**

Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick") hereby notifies the Court as follows:

1. Sedgwick and plaintiff Robert Biggie ("Biggie" and together with Sedgwick, the "Parties") have reached a settlement in principle in the above-referenced action and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to defendant Sedgwick.

2. The Parties respectfully request that the Court stay this action and adjourn all pending deadlines.

Dated: April 5, 2022
      New York, New York

                              **THOMPSON COBURN LLP**

                        By:   s/ *Brigitte R. Rose*
                              Brigitte R. Rose
                              Jennifer Baetje (admitted *Pro Hac Vice*)

                        488 Madison Avenue, Suite 1400
                        New York, New York 10022
                        Telephone:   (212) 478-7200
                        E-mail:       brose@thompsoncoburn.com
                                          jbaetje@thompsoncoburn.com

                        *Attorneys for Defendant*
                        *Sedgwick Claims Management Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 5th day of April, 2022, to the following:

Morgan Azbill, Esq.
Gloria Chi-Ki Lam, Esq.
Fields Law Firm
9999 Wayzata Blvd.
Minnetonka, MN  55305

                                              s/  *Brigitte R. Rose*